## IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI

| | |
|---|---|
| TIMOTHY LOWE and BELINDA LOWE,<br>21 Malmsey Lane<br>Divide, CO 80814<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY<br>238 International Road<br>Burlington, N.C. 27215<br><br>and<br><br>BURLINGTON INSURANCE COMPANY<br>238 International Road<br>Burlington, N.C. 27215<br><br>and<br><br>PRAETORIAN INSURANCE COMPANY,<br>f.k.a.<br>INSURANCE CORP. OF HANOVER,<br>Wall Street Plaza<br>88 Pine Street<br>New York, N.Y. 10005<br>                Defendants. | Case No.: **14CY-CV07312**<br>                **4**<br><br>Division:<br><br>**FILED**<br>TIME: AUG 0 8 2014 MLW<br><br>Clay County Circuit Court |

### PETITION FOR DAMAGES

### COUNT I

COME NOW the Plaintiffs, Timothy Lowe and Belinda Lowe, and for their cause of action against the Defendants, states as follows:

1. Plaintiffs are citizens and residents of Divide, Teller County, Colorado.

2. Defendant First Financial Insurance Company is an Illinois corporation authorized to do business in the State of Missouri and licensed by the Missouri Department of Insurance.



Case 4:14-cv-00801-JTM   Document 1-1   Filed 09/12/14   Page 1 of 11

3. Defendant Burlington Insurance Company is a North Carolina corporation that is not authorized to transact business in the State of Missouri but is licensed by the Missouri Department of Insurance.

4. Defendant Praetorian Insurance Company is a Pennsylvania corporation that is authorized to transact business in the State of Missouri and is licensed by the Missouri Department of Insurance; Defendant Praetorian Insurance was previously named the Insurance Corporation of Hannover.

5. On October 13, 2003, Plaintiff was employed by Weston Transportation, Inc., a Missouri corporation with its principal place of business at 1600 Swift Avenue, in North Kansas City, Clay County, Missouri.

6. On or about October 13, 2003, near Decatur, Illinois, Plaintiff was operating a motor vehicle owned by his employer on U.S. Interstate 72, in the course and scope of his employment with Weston Transportation, when he was struck and injured by a motor vehicle owned and operated by Casey Sowa.

7. The collision described above was caused by the negligence and carelessness of the Casey Sowa.

8. As a direct and proximate result of the negligence of Casey Sowa, Plaintiff suffered severe and permanent personal injuries, both physical and mental, rendering him unable to continue his profession as a truck driver, and incurred significant medical and other damages.

9. To Plaintiff's knowledge and belief, on October 13, 2003, at the time of the collision described above, the Weston Transportation vehicle that plaintiff was driving was insured by the First Financial Insurance Company, the Burlington Insurance

Company and/or the Praetorian Insurance Company, f.k.a. the Insurance Corporation of Hannover through a policy of insurance that included underinsured motorist coverage. Plaintiff was an additional insured under the insurance policy in question.

10. On September 28, 2004, plaintiff entered into a settlement agreement with Farmers Insurance Company for the amount of $20,000.00 the limit of the liability coverage under the policy issued to Casey Sowa.

11. Plaintiff's damages incurred in the collision exceeded the $20,000.00 policy limits paid by Farmers Insurance Company, and thus plaintiff is entitled to recover underinsured motorist benefits under the insurance policies issued by defendants to Weston Transportation.

12. Plaintiff is an insured as defined by the policy issued to Weston Transportation and is therefore entitled to recover under the underinsured motorist coverage of such policy.

WHEREFORE, Plaintiff prays judgment against Defendants for an award of actual damages such as are fair and reasonable, less the sums received from Farmers Insurance Company, so as to compensate him for his injuries and damages, for Plaintiff's costs herein expended, and for such other and further relief as this Court deems just and proper under the circumstances of this case.

### COUNT II

COMES NOW Plaintiff Belinda Lowe, and for her cause of action against the Defendants, states as follows:

13. Plaintiff Belinda Lowe adopts and incorporates by reference herein, paragraphs 1-12 of Count I of Plaintiffs' Petition set forth above.

14. At all times mentioned herein, Belinda Lowe was the duly and lawfully wedded wife of Timothy Lowe; this Plaintiff and her husband have resided together for many years as husband and wife prior to the injuries sustained by Timothy Lowe and they have continued to live together as husband and wife to the present date.

15. As a direct and proximate result of the injuries sustained by her husband Timothy Lowe, Belinda Lowe has been deprived of and will in the future be deprived of the services, companionship, society, aid and comfort of her husband and has suffered a loss of consortium with her husband and every relationship existing between them has been materially impaired.

WHEREFORE, Belinda Lowe prays judgment against the Defendants for an amount of money sufficient to fully and appropriately compensate her for the injuries and damages she has suffered herein, for her costs herein expended and for such other and further relief as the Court deems appropriate under the circumstances of this case.

KANSAS CITY ACCIDENT INJURY ATTORNEYS

James M. Roswold, MO Bar No. 41053
Victor B. Finkelstein, MO Bar No. 36123
1102 Grand Avenue
Suite 1901
Kansas City, Missouri 64106
(816) 471-5111
Fax: (816) 471-7199
ATTORNEYS FOR PLAINTIFF

IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI

| | |
|---|---|
| TIMOTHY LOWE and BELINDA LOWE, ) <br> 21 Malmsey Lane ) <br> Divide, CO 80814 ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FIRST FINANCIAL INSURANCE COMPANY ) <br> 238 International Road ) <br> Burlington, N.C. 27215 ) <br> ) <br> and ) <br> ) <br> BURLINGTON INSURANCE COMPANY ) <br> 238 International Road ) <br> Burlington, N.C. 27215 ) <br> ) <br> and ) <br> ) <br> PRAETORIAN INSURANCE COMPANY, ) <br> f.k.a. ) <br> INSURANCE CORP. OF HANOVER, ) <br> Wall Street Plaza ) <br> 88 Pine Street ) <br> New York, N.Y. 10005 ) <br> Defendants. ) | Case No.: 14CY-CV07312 4 <br><br> Division: <br><br> FILED <br> TIME: AUG 0 8 2014 MLW <br> Clay County Circuit Court |

## REQUEST FOR JURY TRIAL

COME NOW the Plaintiffs and request a jury trial in connection with the present case.

KANSAS CITY ACCIDENT INJURY ATTORNEYS

/s/ James M. Roswold

James M. Roswold, MO Bar No. 41053
Victor B. Finkelstein, MO Bar No. 36123
1102 Grand Avenue
Suite 1901
Kansas City, Missouri 64106
(816) 471-5111
Fax: (816) 471-7199
ATTORNEYS FOR PLAINTIFF

LT(1)



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| Judge or Division: | Case Number: 14CY-CV07312 |
|---|---|
| LARRY DALE HARMAN | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| TIMOTHY LOWE | JAMES MICHAEL ROSWOLD |
| | 1102 GRAND STE 1901 |
| vs. | KANSAS CITY, MO 64106 |
| Defendant/Respondent: | Court Address: |
| FIRST FINANCIAL INSURANCE COMPANY | 11 S WATER |
| | LIBERTY, MO 64068 |
| Nature of Suit: | |
| CC Contract-Other | (Date File Stamp) |

## Summons in Civil Case

**BRING PAPERWORK WITH YOU TO COURT**

The State of Missouri to: PRAETORIAN INSURANCE COMPANY
Alias: FKA INSURANCE CORP OF HANOVER

DIRECTOR OF INSURANCE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65102

*COURT SEAL OF CLAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_8/11/2014_
Date

/s/ Karen Thompson
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server   Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____   _____
                         Date           Notary Public

**Sheriff's Fees**
Summons   $_____
Non Est   $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage   $_____ (_____ miles @ $_____ per mile)
Total   $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 4:14-cv-00801-JTM   Document 1-1   Filed 09/12/14   Page 6 of 11

 **CT Corporation**

**Service of Process Transmittal**
08/22/2014
CT Log Number 525567524

| | |
|---|---|
| **TO:** | Elizabeth Lugo-Rivera<br>QBE INSURANCE CORPORATION<br>Wall Street Plaza, 88 Pine Street - 4th Floor<br>New York, NY 10005-1801 |
| **RE:** | **Process Served in Missouri** |
| **FOR:** | Praetorian Insurance Company (Domestic State: PA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Timothy Lowe and Belinda Lowe, Pltfs. vs. First Financial Insurance Company, et al. including Praetorian Insurance Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Invoice, Notice, Summonses, Disk, Petition(s), Request, First Interrogatories, First Request(s) |
| **COURT/AGENCY:** | Clay County Circuit Court, MO<br>Case # 14CYCV07312 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/22/2014 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Missouri |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after receipt, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Victor M. Finekelstein<br>Kansas City Accident Injury Attorneys<br>1102 Grand Avenue<br>Suite 1901<br>Kansas City, MO 64106<br>816-471-5111 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day<br>Image SOP<br>Email Notification, Timekka Perea timekka.perea@us.qbe.com<br>Email Notification, Sherry Paul Sherry.Paul@us.qbe.com<br>Email Notification, Kaylee Markgraf Kaylee.Markgraf@us.qbe.com<br>Email Notification, Elizabeth Lugo-Rivera Elizabeth.Lugo-Rivera@us.qbe.com<br>Email Notification, Kim Berndt kimberly.berndt@us.qbe.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 120 South Central Avenue<br>Suite 400<br>Clayton, MO 63105 |
| **TELEPHONE:** | 314-863-5545 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>LARRY DALE HARMAN | Case Number: 14CY-CV07312 | SOP RECEIPT DATE |
|---|---|---|
| Plaintiff/Petitioner:<br>TIMOTHY LOWE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES MICHAEL ROSWOLD<br>1102 GRAND STE 1901<br>KANSAS CITY, MO 64106 | AUG 1 5 2014<br>MO. DEPT OF INSURANCE,<br>FINANCIAL INSTITUTIONS & |
| Defendant/Respondent:<br>FIRST FINANCIAL INSURANCE COMPANY | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 | PROFESSIONAL REGISTRATION. |
| Nature of Suit:<br>CC Contract-Other | | |

## Summons in Civil Case

**BRING PAPERWORK WITH YOU TO COURT**

The State of Missouri to: PRAETORIAN INSURANCE COMPANY
Alias: FKA INSURANCE CORP OF HANOVER

DIRECTOR OF INSURANCE
301 WEST HIGH STREET
JEFFERSON CITY, MO 65102

*COURT SEAL OF*
*CLAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

8/11/2014
Date

/s/ Karen Thompson
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server        _____ Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
Date        Notary Public

**Sheriff's Fees**
Summons        $_____
Non Est        $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $ 10.00
Mileage        $_____ (_____ miles @ $_____ per mile)
Total        $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 14-SMCC-1547    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05,
CLAY (2-11) (SMCCCY)                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:14-cv-00801-JTM   Document 1-1   Filed 09/12/14   Page 9 of 11



MISSOURI DEPARTMENT OF INSURANCE, FINANCIAL INSTITUTIONS
AND PROFESSIONAL REGISTRATION
P.O. BOX 4001
301 W.HIGH ST. RM 530
JEFFERSON CITY, MO 65102

**REGULATORY FEE**
**INVOICE**
**FIRST NOTICE**

PRAETORIAN INSURANCE COMPANY
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE.
CLAYTON, MO 63105

| Invoice Number: | 201408RF00209 |
|---|---|
| Invoice Date: | 08/15/2014 |
| Due Date: | 09/14/2014 |
| Ref. Number: | |
| Contact Phone: | |

This invoice is a statement of the fees you owe under the insurance laws of this state. Fees incurred and payments received after the date of invoice are not reflected in this invoice. Failure to pay invoiced fees may subject you to owing double the amount of the fees shown, pursuant to section 374.240, RSMo 2000.

TIMOTHY LOWE V. PRAETORIAN INSURANCE COMPANY
CLAY CO. CIRCUIT COURT 14CY-CV07312

PURSUANT TO SECTION 374-230 (8), FEE FOR ACCEPTING SERVICE OF PROCESS UPON YOUR COMPANY PLEASE RETURN THIS BILL WITH YOUR CHECK.

| INVOICE SOURCE | | AMOUNT | ADJ | NET AMOUNT |
|---|---|---|---|---|
| SERVICE OF PROCESS | | $10.00 | | $10.00 |
| | TOTAL: | $10.00 | $ 0.00 | $10.00 |
| | TOTAL AMOUNT DUE: | | | $10.00 |

Please contact the following individual(s) with questions:
SERVICE OF PROCESS  KIMBERLY LANDERS  573-751-2619

Please return a copy of this statement along with your payment for the total amount shown within 30 days to: DIFP-Insurance, P.O. Box 4001, Jefferson City, MO 65102.

If you have any questions regarding payment of this invoice, please contact the Fiscal Services Section at (573) 751-4439.

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



TO: Corporate Secretary (or United States Manager or Last Appointed General Agent) of

PRAETORIAN INSURANCE COMPANY
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE.
CLAYTON, MO 63105

RE: Court: Clay Co. Circuit Court, Case Number:14CY-CV07312

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 15th day of August, 2014.

Director of Insurance, Financial Institutions
and Professional Registration